

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-24-00066-CV

---

DEVON CHAPMAN AND JOSEPH CHRISTOPHER FORGIONE, III, Appellants

V.

CHATEAU APARTMENTS, Appellee

---

On Appeal from the County Court at Law No. 2
Gregg County, Texas
Trial Court No. 2024-0149-C

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

Appellants, Devon Chapman and Joseph Christopher Forgione, III, filed a timely notice of appeal on October 10, 2024. The clerk's record was filed on November 21, 2024. Appellants' brief was due on or before February 3, 2025. When neither a brief nor a motion to extend time for filing same was received by February 13, 2025, this Court advised Appellants by letter that their brief was late. We warned Appellants that the failure to file a brief by February 28, 2025, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

We received no responsive communication from Appellants, and they did not file an appellate brief. Having received no response to this Court's letter of February 13, 2025, Appellants' appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).


Scott E. Stevens
Chief Justice


Date Submitted:     March 11, 2025
Date Decided:       March 12, 2025


2